ALONZO TOWSLEY, RESPONDENT, *v.* HENRY DENNISON, IMPLEADED WITH OTHERS, APPELLANTS.

MANY of the points presented by this appeal were considered when the case was before the court before (*Towsley* v. *Dennison*, 45 Barb., 490), and the court refused to reconsider them, and passed only upon some questions of fact not presented by the former appeal.

*William C. Ruger*, for the appellants.

*Burton & Ten Eyck*, for the respondent.

Opinion by E. DARWIN SMITH, J.

Present — MULLIN, P. J., E. D. SMITH and GILBERT, JJ.

Judgment affirmed.

---

GEORGE R. MILLS, APPELLANT, *v.* ROBERT PORTER, RESPONDENT.

APPEAL from a judgment in favor of the defendant, entered upon the report of a referee. The only question involved in this case, was, whether or not the defendant had sold a certain note to one Wood, and thereby warranted the title thereto. The General Term held that there was no sale, but a mere assignment for the purpose of collection, and affirmed the judgment below.

*Cornelius E. Stephens*, for the appellant.

*E. S. Merrell*, for the respondent.

Opinion by GILBERT, J.

Judgment affirmed.